A14A2119. STATE OF GEORGIA v. SUN STATES INSURANCE GROUP, INC.
A14A2120. REGULATORY TECHNOLOGIES, INC. v. STATE OF GEORGIA.
(790 SE2d 644)

PHIPPS, Presiding Judge.

In these two direct appeals, the State of Georgia and its agent, Regulatory Technologies, Inc. ("Reg Tech"), challenged the denial of

their motions to dismiss on sovereign immunity grounds. We affirmed in part and reversed in part, concluding that the trial court erred in finding that sovereign immunity was waived by the Insurers Rehabilitation and Liquidation Act.[1] On further appeal, the Supreme Court of Georgia vacated our judgment. Noting that the collateral order doctrine does not permit a direct appeal from the denial of a motion to dismiss based upon governmental immunity, the Supreme Court found that we lack jurisdiction to consider these direct appeals.[2] Accordingly, because the State of Georgia and Reg Tech failed to follow the required appellate procedure, their appeals are hereby dismissed for lack of jurisdiction.

*Appeals dismissed. Ellington, P. J., and McMillian, J., concur.*

## DECIDED AUGUST 30, 2016.

*Samuel S. Olens, Attorney General, Isaac Byrd, Deputy Attorney General, Daniel S. Walsh, Jeffrey W. Stump, Senior Assistant Attorneys General*, for State of Georgia.

*Barnes & Thornburg, Thomas J. Gallo*, for Sun States Insurance Group.

*Robbins Ross Alloy Belinfante Littlefield, Richard L. Robbins, Alexa R. Ross, Alexander F. Denton*, for Regulatory Technologies.

---

[1] OCGA § 33-37-1 et seq.; *State of Ga. v. Sun States Ins. Group*, 332 Ga. App. 197, 202 (1) (770 SE2d 43) (2015).

[2] *State of Ga. v. Sun States Ins. Group*, 299 Ga. 489 (788 SE2d 346) (2016) (citing *Rivera v. Washington*, 298 Ga. 770 (784 SE2d 775) (2016)).